

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2019

No. 04-19-00457-CV

**EX PARTE C.D.R.,**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33751
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Lisa Traslavina's notification of late reporter's record is hereby NOTED. Time is extended to September 20, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court